THE PEOPLE OF THE STATE OF NEW YOPK ex rel. EDWARD HAASE et al., Respondents, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*Tax — New York city — partial exemption of new buildings planned for dwelling purposes.*

*People ex rel. Haase* v. *Goldfogle,* 222 App. Div. 834, affirmed.

(Argued February 14, 1928; decided March 27, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 19, 1928, which affirmed, on certiorari, an order of Special Term reducing an assessment on real property of the relator for purpose of taxation for the year 1926, on the ground that the improvement, comprising a one-family dwelling, was partially exempt from local taxation under section 4-b of the Tax Law and an ordinance of the city of New York relating to exemption from local taxation of new buildings for dwelling purposes.

*George P. Nicholson, Corporation Counsel* (*William H. King* and *Harry S. Lucia* of counsel), for appellants.

*Jackson A. Dykman* and *Walter C. Goodwin* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.